

U.S. Department of Justice

United States Attorney
Eastern District of New York

BTK/BTR
F. #2018R01591

610 Federal Plaza
Central Islip, New York 11722

May 27, 2022

By ECF

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

   Re: United States v. John Drago
     18-CR-394 (S-1)(GRB)

Dear Judge Brown:

  The government writes in response to the United States Department of Probation's May 17, 2022 Presentence Investigation Report ("PSR") concerning the above-captioned case.  Paragraph 28 of the PSR incorrectly deducts one point from the defendant's Total Offense Level based upon the defendant's "timely acceptance of responsibility."  (See PSR at ¶ 28 (citing U.S.S.G. § 3E1.1(b)).  As set forth in the parties' Plea Agreement, however, the government will not be making a motion for an additional point deduction.  This is because the government expended significant effort in preparing for trial in this case, including litigating the admissibility of more than 250 exhibits in two complex pre-trial suppression hearings.

  In addition, the PSR contains inaccurate information concerning the defendant's military record.  (See PSR at ¶62).  To provide the Court with correct

information concerning the defendant's time in the military, the government will be filing an additional letter and documents obtained from the United States Army under seal.

                                                      Respectfully submitted,

                                                     BREON PEACE
                                                     United States Attorney

By:    /s/
            Bradley T. King
            Burton R. Ryan
            Assistant U.S. Attorneys
            (631) 715-7900

cc: Jason Berland, Esq. (by ECF and E-mail)
    United States Probation Officer Gregory Giblin (by E-mail)