

Jason H. Berland
212 897 1973
jason.berland@lbkmlaw.com

August 11, 2022

**VIA ECF**
Honorable Gary Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States of America v. John Drago,* **18-CR-394-GRB-AYS-1**

Dear Judge Brown:

    The defendant, John Drago, by counsel, submits this letter seeking a modification of Mr. Drago's bail conditions to permit him to travel to Williamsburg and Fredericksburg, Virginia, from August 19, 2022, through August 25, 2022, to visit friends and attend a sermon.

    If permitted to travel, Mr. Drago and his family would stay at the Vacation Village in Williamsburg, located at 4870 Long Hill Road. He would also spend one day, on August 21, 2022, in Fredericksburg, attending a church service.

    Mr. Drago has informed his Probation Officer, Agent Mallori Brady, and AUSA Bradley King of his travel plans. AUSA King and Agent Brady have consented to Mr. Drago's travel.

    Accordingly, we respectfully request that this Court order a modification of Mr. Drago's bail conditions to permit the above-described travel.

                                        Respectfully submitted,

                                        Jason H. Berland

cc (via ECF):  Agent Mallori Brady
                     AUSA Bradley King