UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -

JOHN DRAGO,

            Defendant.

**NOTICE OF APPEARANCE**

Case No. 18-cr-00394 -GRB-AYS-1

TO:   Clerk of Court
        United States District Court
        Eastern District of New York

I, Arthur D. Middlemiss, am admitted to practice in this Court, am a member of the bar in good standing of this state, and hereby appear in the above-captioned case as counsel for John Drago.

Dated: September 15, 2022

Arthur D. Middlemiss
NY Bar No. 2683209
Lewis Baach Kaufmann Middlemiss PLLC
405 Lexington Ave, 64th Floor
New York, NY 10174
Tel: (212) 826-7001
Email: Arthur.Middlemiss@lbkmlaw.com