**John Drago**
**293 Medea Way**
**Central Islip, New York 11722**

December 7, 2022

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 09 2022 ★

LONG ISLAND OFFICE

The Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Courtroom 940
Central Islip, NY 11722-9014

**Re: United States v. Drago**

Dear Judge Brown:

Included herewith please find my motion respectfully requesting an extension to report to prison until February 7, 2023. I am in the midst of a complicated closing to sell my personal residence, the proceeds of which will go directly toward paying my $253,191 order of forfeiture. It will be significantly easier for me to handle any last-minute details that may arise, required, and expected at the closing, if I am not incarcerated at the time.

Thank you very much for your consideration.

Respectfully,

John Drago

cc:   Clerk of Court, Brenna B. Mahoney
      Assistant U.S. Attorney, Burton T. Ryan, Jr.

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 09 2022 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>JOHN DRAGO, )<br>    Defendant. ) | Docket No: 0207 2:18CR00394(S-1)-001(GRB) |

### DEFENDANT'S REQUEST FOR EXTENSION

John Drago ("Drago"), acting pro se', hereby moves the Court to extend his self-surrender date until February 7, 2023, for the reasons that follow:

1.  Drago was charged under a nine-count superseding indictment for criminal charges pertaining to his check cashing business.

2.  On September 9, 2021, Drago pled guilty to charges 4 and 8 of the superseding indictment.

3.  The Court sentenced Drago to a term of 48 months on October 21, 2022, and he is due to surrender January 12, 2023.

4.  Drago is in the midst of a complicated closing on his 150-year-old house, the sale proceeds of which would go towards paying down Drago's $253,191 restitution owed pursuant to these criminal proceedings.

5.  Drago has two prospective purchasers. The first one is under contract and is awaiting approval of a mortgage. The second is waiting in the wings, should

the initial purchaser be unable to close. The probability of a sale and payment of Drago's forfeiture is considerably greater should Drago receive the graceful consideration of this motion to extend his surrender date.

8.   Petitioner, therefore, respectfully requests an extension to report to prison to February 7, 2023.

## CONCLUSION

WHEREFORE, the Court should grant this motion and enter an extension recommendation as humbly requested above.

Dated: December 7, 2022

Respectfully submitted,

*/s/ John Drago*
John Drago
293 Medea Way
Central Islip, New York 11722

3

## CERTIFICATE

I hereby certify that I have placed a true and correct copy of the foregoing in the U.S. Mail with first class postage prepaid and properly addressed to the following on this 7th day of December, 2022:

> Assistant U.S. Attorney
> Burton T. Ryan, Jr., Esq.
> 610 Federal Plaza
> Central Islip, NY 11722
> Email: burton.ryan@usdoj.gov
> PH: 631-715-7900

*/s/ John Drago*

John Drago
293 Medea Way
Central Islip, New York 11722

4



Vicky Drago
293 Medea Way
Central Islip NY 11722





The Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Courtroom 940
Central Islip, NY 11722-9014

