

U.S. Department of Justice

United States Attorney
Eastern District of New York

BTK/BTR
F. #2018R01591

610 Federal Plaza
Central Islip, New York 11722

December 13, 2022

<u>By ECF</u>

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:    United States v. John Drago
                18-CR-394 (GRB)

Dear Judge Brown:

      The defendant's <u>pro-se</u> motion for an extension of his surrender date should be denied.  Before the Court sentenced him to 48 months' imprisonment in October 2022, the defendant requested three lengthy adjournments to allow him to sell his home.  <u>See</u> ECF No. 181 (requesting adjournment of sentencing from July 2022 to October 2022, to allow sale of the defendant's "family home" so that defendant could apply sale proceeds toward "restitution"); ECF No. 177 (requesting adjournment of sentencing from April 2022 to July 2022 to allow for the sale of the defendant's "family home" so that sale proceeds could be applied towards restitution); ECF No. 174 (requesting sentencing adjournment from February 2022 to April 2022 to "complete . . . sale of property" so that the defendant could "raise sufficient funds to pay the forfeiture judgment and other amounts due prior to sentencing.").  And yet, despite repeated accommodations—amounting to approximately eight-months-worth of adjournments—the anticipated sale never materialized.  As such, the defendant's present request to obtain an additional delay of his surrender to federal prison,

based upon the purported sale of the same home, is speculative and the Court should deny it as meritless.

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                           By:    /s/Bradley T. King
                                            Bradley T. King
                                            Assistant U.S. Attorney
                                            (631) 715-7875


cc:     John Drago (by FedEx)